**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KAHLIMAH JONES, Individually and as the
representative of a class of similarly situated persons,

                                    Case No.   1:19-cv-6783-WFK-SJB

                Plaintiff,

        - against -

TRUSTED MEDIA BRANDS, INC. and
RDA ENTHUSIAST BRANDS, LLC
d/b/a Tasteofhome.com,

                Defendants.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Kahlimah Jones, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Trusted Media Brands, Inc. and RDA Enthusiast Brands,, LLC.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
          March 11, 2020

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                            By:  */s/Dan Shaked*
                                Dan Shaked (DS-3331)
                                14 Harwood Court, Suite 415
                                Scarsdale, NY 10583
                                Tel. (917) 373-9128
                                e-mail: ShakedLawGroup@Gmail.com