**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 13 2020 ★

BROOKLYN OFFICE

RD 3/13/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAHLIMAH JONES, Individually and as the
representative of a class of similarly situated persons,

                    Plaintiff,

- against -

TRUSTED MEDIA BRANDS, INC. and
RDA ENTHUSIAST BRANDS, LLC
d/b/a Tasteofhome.com,

                    Defendants.
-----------------------------------------------------------X

Case No.  1:19-cv-6783-WFK-SJB

## NOTICE OF VOLUNTARY DISMISSAL

      Kahlimah Jones, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Trusted Media Brands, Inc. and RDA Enthusiast Brands,, LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       March 11, 2020

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                        By:  /s/Dan Shaked
                           Dan Shaked (DS-3331)
                           14 Harwood Court, Suite 415
                           Scarsdale, NY 10583
                           Tel. (917) 373-9128
                           e-mail: ShakedLawGroup@Gmail.com

The application is ☐ granted.
SO ORDERED ☐ denied.

            s/WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated:  March 12, 2020
      Brooklyn, New York